IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN GARDNER,

                    Petitioner,                                  **4:19CV3005**

        vs.

STATE OF NEBRASKA,                                      **MEMORANDUM AND ORDER**

                    Respondent.


This matter is before the Court on its own motion.  On January 13, 2026, the Court entered an order requiring Petitioner Justin Gardner ("Gardner") to show cause by February 12, 2026, why his Notice of Appeal, Filing No. 62, and Motion for Leave to Appeal in Forma Pauperis ("IFP"), Filing No. 63, should not be stricken from the present case and docketed in a new, separate case as an appeal of the December 11, 2025, Return Order in 4:25-ps-3000.  Filing No. 65.  The Clerk of the Court sent the January 13, 2026, order to Gardner at his last known address and it was returned to this Court as undeliverable.  *See* Filing No. 66.  On February 4, 2026, the Court resent the January 13 order to show cause to Gardner because the Douglas County Department of Corrections' online inmate records showed Gardner was still in custody there.  *See* https://corrections.dccorr.com/inmate-locator (last visited Feb. 18, 2026).  To date, Gardner has not responded to the show cause order and the Court is uncertain if he has even received a copy of the show cause order.

Gardner has an obligation to keep the Court informed of his current address at all times.  *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).  The Court is not inclined to act on

Gardner's Notice of Appeal and IFP Motion without any clear indication that Gardner remains in custody in the Douglas County Jail and has received notice of the Court's January 13, 2026, order to show cause.

IT IS THEREFORE ORDERED that:

1.      Gardner must update or confirm his address within 30 days and must also inform the Court whether he has received the Court's January 13, 2026, order to show cause, Filing No. 65.  **If Gardner fails to respond to this order, the Court will construe his Notice of Appeal as a motion and deny the motion and his motion for leave to appeal in forma pauperis for failure to prosecute, and his appeal will not be processed**.

2.      The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **March 20, 2026**: deadline to update or confirm address and confirm receipt of show cause order.

Dated this 18th day of February, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2