IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN GARDNER,

              Petitioner,

vs.

STATE OF NEBRASKA,

              Respondent.

**4:19CV3005**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On February 18, 2026, the Court ordered Petitioner to update or confirm his address with the Court and to also inform the Court whether he has received the Court's January 13, 2026, order to show cause, Filing No. 65, within 30 days. Filing No. 67. Petitioner was warned that failure to respond to the Court's order would result in the Court construing his Notice of Appeal, Filing No. 62, as a motion and denying the motion and his motion for leave to appeal in forma pauperis, Filing No. 63. The Court's February 18, 2026, order was returned to the Court as undeliverable on March 10, 2026, because Petitioner refused delivery. Filing No. 68. Accordingly,

IT IS ORDERED that:

1.      The Court construes the Notice of Appeal, Filing No. 62, as a motion to file an appeal.

2.      The motion to file an appeal, Filing No. 62, and motion for leave to appeal in forma pauperis, Filing No. 63, are denied for failure to prosecute, and no appeal will be processed.

3.    The Clerk of the Court is directed to update the docket text for Filing No. 62 to identify the filing as a "Motion to file an appeal."

Dated this 25th day of March, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge