IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUSTIN GARDNER,

Petitioner,

vs.

STATE OF NEBRASKA,

Respondent.

**4:19CV3005**

**MEMORANDUM AND ORDER**

This matter is before the Court on two notices of appeal filed by Petitioner Justin Gardner. Filing No. 82; Filing No. 83. On September 30, 2026, Petitioner filed a previous notice of appeal, Filing No. 74, which was transmitted to the Eighth Circuit Court of Appeals and docketed at case number 26-3039, *see* Filing No. 78. On October 7, 2026, the Eighth Circuit remanded the case to this Court for a determination of whether to issue a certificate of appealability (COA). Filing No. 79. On October 8, 2026, the Court entered an order declining to issue a COA, Filing No. 81, and Petitioner now seeks to appeal that decision, *see* Filing No. 82, as well as the Eighth Circuit's October 7, 2026, remand order, *see* Filing No. 83. As explained below, neither appeal is appropriate, and the Court will transmit the notices of appeal to the Eighth Circuit as supplements to Petitioner's already-pending appeal.

First, Petitioner's purported appeal of this Court's October 8, 2026, order finding that no COA should issue is not permissible. Rather, the proper course of action would be for Petitioner to seek a COA from the Eighth Circuit Court of Appeals in conjunction with his pending appeal at case number 26-3039. *See* Rule 11 of the *Rules Governing Section 2254 Cases in the United States District Courts* ("If the court denies a

certificate, the parties may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22."); Fed. R. App. P. 22(b)(1) ("If the district judge has denied the certificate [of appealability], the applicant may request a circuit judge to issue it.").

Second, to the extent Petitioner seeks to appeal the Eighth Circuit's October 7, 2026, order remanding the case to this Court to make a determination regarding issuance of a COA, this Court is not the proper court to address such an appeal and will, therefore, transmit the notice of appeal to the Eighth Circuit Court of Appeals.

IT IS THEREFORE ORDERED that:

1. The Court finds Petitioner's notice of appeal, Filing No. 82, is not a permissible appeal, and the Clerk of Court is directed not to process an appeal associated with Filing No. 82.

2. The Court further finds Petitioner's notice of appeal, Filing No. 83, should be addressed to the Eighth Circuit Court of Appeals, and this Court will not take any action with respect to this purported appeal.

3. The Clerk of Court is directed to transmit both Filing No. 82 and Filing No. 83 to the Eighth Circuit Court of Appeals as supplements to Petitioner's previously filed appeal, Filing No. 74.

Dated this 26th day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge